An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123

IN THE SUPREME COURT OF THE STATE OF NEVADA

GUILLERMO E. CAREY,
Appellant,
vs.
CURTI RANCH TWO MAINTENANCE
ASSOCIATION, INC.; ALESSI &
KOENIG, LLC; AND SFR
INVESTMENTS POOL 1, LLC,
Respondents.

No. 65752

FILED

NOV 18 2015


TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DISMISSING APPEAL

Pursuant to the stipulation of the parties, and cause appearing, this appeal is dismissed. The parties shall bear their own costs and attorney fees. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
TRACIE K. LINDEMAN

BY: _____

cc: Hon. Lidia Stiglich, District Judge
Debbie Leonard, Settlement Judge
Reno Law Group, LLC
The Clarkson Law Group, P.C.
Alessi & Koenig, LLC
Howard Kim & Associates
Washoe District Court Clerk

SUPREME COURT
OF
NEVADA

CLERK'S ORDER

(O)-1947

15-35301